Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_Middle_ District of _Florida_

_Ft. Meyers_ Division

Provided to Suwannee
Correctional Institution on:

**AUG 13 2025**

for mailing, by: _JL_

Case No. _2:25-cv-725-SPC-KC)_
_(to be filled in by the Clerk's Office)_

_Jose' Guerrero Lozano_

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

_Collier County, Armor Health, LLC,_
_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

_SEE ATTATCHED_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Jose' Guerrero Lozano_

All other names by which
you have been known: _None_

ID Number _DC#766161_

Current Institution _Suwannee C.I. Annex_

Address _5964 U.S. Hwy 90_

_Live Oak_        _Fl._        _32060_
City        State        Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Collier County-State of Florida_

Job or Title (if known) _Sherriff's Department_

Shield Number

Employer _State of Florida-Collier County,_

Address _3315 East Tamiami Trail_

_Naples_        _Fl._        _34112_
City        State        Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name _Armor Health, LLc,_

Job or Title (if known) _Medical Subcontractor For Collier County_

Shield Number

Employer _Collier County Sherriffs Department_

Address _4960 S.W. 72 Ave. Str. 400_

_Miami_        _Fl._        _33155_
City        State        Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 3
    Name                     ZINIA RodriGUEZ
    Job or Title *(if known)*  Medical STAff NURSE AT CountyJAil
    Shield Number
    Employer             ARMor HeAlTh, LLc.
    Address              28141 Hiram Street # 701
                       Bonita Springs     FL     34135
                       *City*           *State*     *Zip Code*

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
    Name                     Kevin RAmbosk-
    Job or Title *(if known)*  Sheriff of Collier County,
    Shield Number          , UNKNowN
    Employer             Collier County
    Address              Collier County Sheriff DEPARTMENT, 3315 TAMIAM
                       TRAil, NAPles     Fl     34112
                       *City*           *State*     *Zip Code*

☒ Individual capacity   ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SEE ATTATChMENT "A"
II BAsis For JuRISdicTioN

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Kevin Rambosk Sherriff of Collier County Municipal as such is in charge to provide care, custody and control. Zinia Rodriquez as Health Care Administrator for Collier County Jail is in charge of Care of inmates. Both named individuals acted under color of state of law of Florida

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Collier County Sherriffs Dept 3315 E. Tamiami Trail Naples, Florida 34112. SEE ATTATCHMENT "A" STATEMENT of Claim

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

1-9-22 AProXIMATly 5:00 P.M.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

When being booked into Collier County Jail, I INformed booking PersoNel And Medical Staff That I WAS Disabled Mobility And Required A.D.A. ACCommodatiens For Mobility And Showers, Hand Rails, ETc. NoNe were Provided And I WAS ordered To ShowER without ADA. Acommedation facilities Causing ME To fall Injuring Myself FurTher. I WAS Also Discriminated Against by All PArTies.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. Dislocated Shoulder with Torn RoTATor Cuf, Requiring Surgery,
2. INJury To Left KNee which Required Surgery.
3. FAll Also Caused FurTher INJuRy To My Back which Placed ME in wheel chair, showing FurTher DAMAge, PAIN And Suffering

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

AcTuAl DAMAges iN The AMouNT of 500,000 DOLLARS

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Collier County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of The Claims STATEd in Complaint

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes   *MULTIPLE TIMES — ENCLOSED.*

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

*Collier County Jail Administration*

2.   What did you claim in your grievance?
*All ACTIONS PREVIOUSLY NOTED.*

3.   What was the result, if any?
*COMPLETE DENIAL*

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
*I filed MULTIPLE grievances To EVERY Authority Possible In Administration, AT EACH level including Appeal.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ *See Exhibits Attached* _____

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  *Jose' Guerrero Lozano*
    Defendant(s)  *Collier County Sherriff Kevin Rambosk, Zinia Rodriguez*

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    *Middle District of Florida, Ft.Meyers Division*

3.  Docket or index number
    *2:23-cv-00354-SPC-NPM*

4.  Name of Judge assigned to your case
    *Sheri Polster Chappell*

5.  Approximate date of filing lawsuit
    *May of 2023.*

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition.  *March 24, 2025,*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    *Dismissed without Prejudice.*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
    *YES*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   *JOSE GERRERO LOZANO*
    Defendant(s)   *DEPT. of Correction, CENTURION of Florida,*

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    *NINETEENTH JUDICIAL CIRCUIT for OKEECHOBEE COUNTY, Florida*

3.  Docket or index number
    *2020-CA-000131*

4.  Name of Judge assigned to your case
    *REBECCA WHITE*

5.  Approximate date of filing lawsuit
    *12-15-2022*

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition   *UNKNOWN*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    *DISMISSED - FAILURE TO STATE CLAIM,*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/13/2025

Signature of Plaintiff    _Jose Guerrero Lozano Jr_

Printed Name of Plaintiff    JOSÉ GUERRERO LOZANO JR,

Prison Identification #    DC# B766161

Prison Address    SUWANNEE C.I, ANNEX, 5964 U.S. Hwy 90,

LIVE OAK        FL,    32060
City        State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

City        State    Zip Code

Telephone Number    _____

E-mail Address    _____