JOSE GUERRERO LOZANO JR
D.C. # 766161
SUWANNEE C.I ANNEX
5964 U.S. HWY 90
LIVE OAK, FL 32060

Mailed From State
Correctional Institiution
Suwannee C.I.



US POSTAGE PITNEY BOWES

ZIP 32060 $ 003.56⁰
02 4W
000038031 8 AUG. 13. 2025

To: UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers DIVISION Clerk's office
2110 First Street
Fort Myers, Florida 33901

LEGAL MA

AUG 18 2025 PM 12:09
RCVD - USDC - FLMD - FTM

MAIL