Rev. 5/20

## United States District Court
### Middle District of Florida
### Fort Myers Division

JOSE GUERRERO LOZANO, JR.
*(In the space above enter the full legal name of the plaintiff)*

-against-

1.) Collier County—State of Florida Sherriff's Department

2.) Armor Health, LLC. Medical Contractor To Collier County, Fla.

3.) Zinia Rodriguez—Medical Nurse

4.) Kevin Rambosk, Sheriff of Collier Co.

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

Case No. 2:25-cv-725-SPC-KCD
(To be filled out by Clerk's
Office only)

## AMENDED
## COMPLAINT
*(Pro Se* Confined Litigant)

Jury Demand?
☒ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I.  COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒  42 U.S.C. § 1983 (state, county, or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.  PLAINTIFF INFORMATION

LOZANO, JOSE GUERRERO                          NONE
Name (Last, First, MI)                         Aliases

DC# 766161
Identification #

SUWANNEE C.I. ANNEX
Place of Detention

5964 US. Hwy 90, b
Institutional Address

SUWANNEE County, LIVE OAK, Florida          32060
County, City                     State        Zip Code

## III.  STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☒  Convicted and sentenced state prisoner
☐  Convicted and sentenced federal prisoner

Rev. 5/20

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Collier County - State of Florida
Name (Last, First)

Sheriffs Department
Current Job Title

3315 East Tamiami Trail
Current Work Address

Collier County, Naples,    FL,        34112
County, City                State            Zip Code

Defendant 2:    Armor Health, LLC,
Name (Last, First)

Medical Subcontractor, Collier County Sheriff's Dept;
Previous : Title

4960 S.W. 72 Ave. STE 400, for Home Office
Corporate. Address

Dade County, Miami    FL        33155
County, City                State            Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3:  _Rodriguez, Zinia_
Name (Last, First)

_Medical Nurse - No Longer Employed_
। Job Title

_2841 Hiram St. #701_
Current          Address

_Lee Co., Bonita Springs, Fl._                _34135_
County, City                    State          Zip Code


Defendant 4:  _Rambosk, Kevin_
Name (Last, First)

_Sherriff of Collier County-State of Florida_
Current Job Title

_3315 Tamiami Trail_
Current Work Address

_Collier Co., Naples,_          _Fl._          _34112_
County, City                    State          Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:    _Collier County Sherriff's Department_

Date(s) of occurrence: _January 01, 2022 , January 09, 2022_
                        _Booking              Injury_

State which of your federal constitutional or federal statutory rights have been violated:

_8TH Amendment - Deliberate indifference_

_Title II USC 42 - ADA_

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each
defendant was personally involved in the alleged wrongful actions, state whether you were
physically injured as a result of those actions, and if so, state your injury and what medical
attention was provided to you. All facts shall be set forth in separately numbered paragraphs.
See Fed. R. Civ. P. 10(b).*

FACTS:

> What
> happened to
> you?

1) Collier County's Sherriffs Department is the acting County Agency Responsible to ensure prisoner safety and is responsible to ensure employees follow all statutes both state and federal. The Booking officer #2833 knew of plaintiff's disability and ADA. Housing requirement but refused to follow policy when, even though stating on booking No. 22-14 that Plaintiff was disabled, and subjectively assigned plaintiff to open population knowing plaintiff who required handicapped facility to bathe could be harmed by his actions even though Plaintiff complained his mobility problems required placement in medical Pod and as his prior incarcerations were delagated. On Jan. 09, 2022, Plaintiff was injured attempting to take shower in facility with no hand rails, or seat to facilitate a handicapped person who at booking was told he did not care and forced him into going to open population

Rev. 5/20

Regardless of Handicap, stating he did not care if injured.

2.) Armor Health, LLC, is a medical subcontractor to Collier County Sherriffs Department and as such is contractingly obligated to follow all rules of both state and federal agencies in the care and treatment of Handicapped persons under their care irregardless of their personal views and discriminations. Nurse Rodriguez violated Plaintiff's civil rights under both Title 42 U.S.C. under ADA. and the 8th Amendment for cruel and unusual punishment, first by stating she did not care if he was to be injured and told him to get in shower then when Plaintiff fell and was injured by dislocating his Left shoulder, back an knee stating with a laugh that, "that shower kicked his ass", then Plaintiff unable to breathe and could not respond was helped by 2 eye witnesses who stated she needed to help him not laugh. The witnesses Bryan DeLasimet, county pin no. A# 78153 and witness David J. Badger, county pin no. A# 208743, DC# 218447 can be subpoened for deposition. The causation of injuries is shown through failure to provide adequate care as cited necessary under ADA, for Handicapped person causing extreme injury by all defendants deliberate indifference to both state statute and fed. require the injuries required to be operated on multiple time leaving Plaintiff permanently injured.

3.) Zinia Rodriguez, as stipulated above was prejudial, indifferent to Plaintiff's pain and suffering to the point that it violated any standard of care as she laughed, making rude comments and

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Rev. 5/20

ANY CARE UNTIL WITNESSES AND ANOTHER NURSE TOLD HER MOVE AWAY FOR NURSE TO APPLY OXYGEN MASK.

4, Kevin Rambosk, The Sherriff of Jail and county Sherriff's Department is Responsible for the Personel in Sherriff's Dept, and any Contractors Employed To work there and as such is completely Responsible for allowing the custom or Policy of ignoring and or Violating the Prisoners civil Rights IN Relation to the Necessary use and needs of Handicapped Persons IN order to Save money. This is caused by Defendants deliberate indifference to Qualifications and Training of the Personel of both contracted Employee's and Sherriff's Dept, Personel toward Handicapped Persons as to Training and care of handicapped to Avoid Extra costs for this education both by Medical Subcontractors and Dept, Personel and to cut costs on Equipment being deliberately indifferent to Disabled Needs, If not for this custom or Policy, Plaintiff if supplied with handicapped facilities or Trained Personel for Handicapped individuals would not have been injured causing 2 Surgeries to be done on Left shoulder, and one on Left Knee, but still Recommended to additional surgeries To further correct what was caused by the deliberate indifference caused by improperly Trained and Screened for capability and mental awareness of Disability Persons -

**Was anyone else involved?**

Rev. 5/20

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING:* **Prisoners** *must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I AM REQUESTING AN INJUNCTION For MEDICAL CARE of INJURIES To ENSURE I AM given Proper CARE both while INCARCERATEd AND CARE for After RELEASE which is IN NEAR FUTURE AS I Will SOON bE RELEASEd AND will still NEEd SURGERIES. Also, I WANT ACTUAL DAMAGES IN THE AMOUNT of Two Hundred AND FiFTY Thousand Dollars, AND whATEVER PuNiTIVE DAMAGES THE COURT DEEMS APProPiATE.

Rev. 5/20

## VIII.  LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

*ALL LITIGANTS MUST ANSWER:.*

Have you to date brought any other lawsuits in state or federal court while a confined?   ☒ Yes   ☐ No

If yes, how many?  *2 Previous, 1 Now Amending*

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

1.) §1983 Complaint, Jose G. Lozano Plaintiff, Defendants, Collier County Sheriff's Dept. Kevin Rambosk, Zinia Rodriguez Middle District of Florida, Ft. Meyers Division Court Case: 2:23-CV-00354 SPC/NPM Dismissed without Prejudice, March 24, 2025.

2.) §1983 Complaint, Jose G. Lozano, Plaintiff Case No. 2020-CA00013I in Nineteenth Judicial Circuit for Okeechobee County, Fl. Filing Date 12-15-2022.

3.) §1983 Complaint Case No: 2:25-CV-725-SPC-KCD, U.S. District Court, Fort Meyers Division Defendants, Collier County Sheriffs Department, ARMor Health, LLC, Zinia Rodriguez, Kevin Rambosk, Sheriff of Collier County Dismissed with Leave To Amend by October 06, 2025, In Process.

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10 / 3 / 2025
Dated

Plaintiff's Signature

JOSE GUERRERO LOZANO
Printed Name (Last, First, MI)

DC# 766161
Identification #

SUWANNEE C.I. ANNEX, 5964 US.Hwy 90, LIVE OAK, Fl 32060
Institutional Name    City    State    Zip Code