UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Provided to Suwannee Correctional Institution on NOV 07 2025 for mailing, by PV JL

Jose Guerrero Lozano JR

Plaintiff.

V.            Case No: 2:25-CV-00725-SPC-DNF

Collier County - State of Florida et al.

Defendant.

## NOTICE OF APPEAL

Come Now the Plaintiff Pro se Jose Guerrero Lozano JR and hereby submitts Notice of Appeal Pursuant to 28 U.S.C Section 1291 of the final order of the above styled Court and case number DISMISSED without Predudice enter October 16, 2025 by the United States District Court Middle District of Florida Orlando Division (Doc. 11) Amended Complaint.

Respectfully,
Jose Guerrero Lozano Jr
Jose Guerrero Lozano JR
DC. # 766161

Dated: 11/7/2025